IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE LOVE,<br><br>          Plaintiff,<br><br>     v.<br><br>H. KIRKLAND, et al.,<br><br>          Defendants. | No.  2:19-CV-2540-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to the parties' stipulation, this matter is stayed pending finalization of a settlement.  See ECF No. 8.  The stay shall continue through July 1, 2020.

IT IS SO ORDERED.

Dated:  April 24, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE