IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE LOVE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>H. KIRKLAND, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-2540-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently stayed pending payment of settlement proceeds agreed to as part of a global settlement of this action and Crowder v. Fox, case no. 2:17-CV-1657-TLN-DMC. See ECF No. 9. By separate order issued in Crowder, the Court has extended the stay in that matter to October 1, 2020, pursuant to the parties' stipulation. Good cause appearing therefor, the Court sua sponte extends the stay in this matter to October 1, 2020.

　　　　IT IS SO ORDERED.

Dated: July 13, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE